UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIAN SIMMONS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BATTELLE ENERGY ALLIANCE, LLC,<br>　　Defendant. | Case No. 4:14-cv-00294-BLW<br><br>ORDER |

　　In a conference call with the Court's staff, counsel discussed various discovery disputes. The Court has been fully informed of the positions of counsel and will resolve these issues below. Accordingly,

　　NOW THEREFORE IT IS HEREBY ORDERED,

1. All discovery on Simmons' medical condition will be stayed pending resolution of Battelle's motion for relief from protective order (docket no. 43).

2. The Court will not require Simmons to turn over any of his medical records at this time, pending resolution of Battelle's motion for relief from protective order.

3. Simmons is free to file a motion for contempt, but no discovery will be allowed on that motion until Battelle's motion for relief from protective order is resolved.

4. Battelle shall file a supplemental discovery response concerning the issues discussed at the conference, specifically, the medical records, transcribed interviews, handwritten notes, disciplinary records, and SAR.

5. Plaintiff shall provide the Court with the consent of Jody Stanton to release her deposition from a Protective Order signed by Judge Lodge and the Court will inquire of Judge Lodge whether he wants to release that deposition from the Protective Order.

DATED: May 19, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court