UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIAN SIMMONS,<br><br>                Plaintiff,<br><br>vs.<br><br>BATTELLE ENERGY ALLIANCE,<br>LLC, organized in Delaware,<br><br>                Defendant. | Case No. 4:14-cv-294-BLW<br><br>**ORDER** |
| STEVE BRAASE,<br><br>                Plaintiff,<br><br>vs.<br><br>BATTELLE ENERGY ALLIANCE,<br>LLC, organized in Delaware,<br><br>                Defendant. | Case No. 4:14-cv-481-BLW |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 51) is APPROVED. The following deadlines shall now be substituted in place of the prior deadlines:

a. Expert Disclosures

    a. Plaintiff's expert disclosures: October 21, 2016.

      b. Defendant's expert disclosures: December 21, 2016.

      c. Rebuttal expert disclosures: January 31, 2017.

2. Factual discovery for both Simmons and Braase: February 28, 2017.

3. Dispositive motions for both Simmons and Braase: April 28, 2017.

DATED: July 25, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court